**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SYR'EYE JEFFERIES p/p/a ) <br> MELISSA SANTOS-JEFFERIES ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> BCI BURKE COMPANY, LLC and ) <br> DESIGN BUILT, LLC ) <br>     Defendants. ) <br> ) | Civil Action No. 3:17-cv-878-MPS <br><br><br><br><br><br><br><br> October 31, 2018 |

**DEFENDANT, DESIGN BUILT, LLC'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED.R.CIV.P. 56(a)**

Now comes the Defendant, Design Built, LLC ("Design Built"), and pursuant to Fed.R.Civ.P. 56(a), hereby moves this Honorable Court for summary judgment in Design Built's favor as to Count Two of the Plaintiff's Amended Complaint dated August 3, 2017 (Doc. No. 26). As grounds therefore, there is no genuine issue of material fact that the Plaintiff cannot establish that the subject product was dangerous and/or defective. Notably, the Plaintiff has failed to disclose an expert in support of the claim, which is required under the modified consumer expectations test that is employed for products liability cases of this nature. In addition, there are no competent witnesses to the occurrence of the subject incident during which the minor Plaintiff was injured. In support of this Motion, Design Built submits and incorporates by reference its Memorandum of Law and Local Rule 56(a)(1) Statement of Undisputed Material

1

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103**
**(860) 616-4441 • JURIS NO. 404459**

1413939v.1

Facts, both of which are filed herewith and further identify the factual and legal basis for the Motion.

**WHEREFORE**, the Defendant, Design Built, LLC, respectfully requests that the District Court issue an order granting summary judgment in Design Built's favor as to Count Two of the Plaintiff's Amended Complaint dated August 3, 2017.  The Defendant requests any other relief this Court deems just and proper.

**DEFENDANT,**
**DESIGN BUILT, LLC,**

   */s/ Joseph R. Ciollo*
Joseph R. Ciollo
Federal Bar No.: ct29719
Morrison Mahoney LLP
One Constitution Plaza
Hartford, CT 06103
P: (860) 616-4441
F: (860) 541-4879
jciollo@morrisonmahoney.com

2

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103**
**(860) 616-4441 • JURIS NO. 404459**

1413939v.1

## CERTIFICATION

I hereby certify that a copy of the foregoing document was filed electronically on October 31, 2018, and was served by mail to anyone unable to accept electronic filing, including counsel listed below.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable accept electronic filing.  Parties may access this filing through the Court's system.

Jeffrey M. Cooper, Esq.
Cooper Sevillano, LLC
1087 Broad Street
Bridgeport, CT 06604
jcooper@coopersevillano.com

Kevin W. Hadfield, Esq.
Manion Gaynor & Manning LLP
125 High Street, 6th Floor
Oliver Street Tower
Boston, MA  02110
khadfield@mgmlaw.com

                  */s/ Joseph R. Ciollo*
                 Joseph R. Ciollo

3

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103**
**(860) 616-4441 • JURIS NO. 404459**

1413939v.1