Case #: 0000245715   A 001      7008 1830 0000 8334 0001

BCI BURKE COMPANY, LLC
660 VAN DYNE RD,
FOND DU LAC, WI 54937

SECRETARY OF THE STATE OF CONNECTICUT
30 TRINITY STREET
P.O. BOX 150470
HARTFORD, CT 06115-0470

NOTICE OF SERVICE OF PROCESS

05/10/2017
BCI BURKE COMPANY, LLC
660 VAN DYNE RD,
FOND DU LAC, WI 54937

    Re: JEFFERIES, SYREYE PPA MELISSA    V. BCI BURKE COMPANY, LLC, ET AL
    SANTOS-JEFFERIES

To whom it may concern:

Legal process has been served on the Secretary of The State of Connecticut as the Statutory Agent for Service of Process for

    BCI BURKE COMPANY, LLC

in the above referenced matter. Enclosed is a copy of the submission to this office.

Sincerely,
Denise W. Merrill
Secretary of the State of Connecticut

By:   PATRICIA SHANAHAN
      Application Analyst
      860-509-6003

Case #:   0000245715    A 001

Mail Number:   7008 1830 0000 8334 0001

Enc.

**SUMMONS - CIVIL**
JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven, CT 06510 | ( 203 ) 503-6800 | May 16, 2017 |

| ☒ Judicial District    ☐ Housing Session | ☐ G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) Bridgeport | Case type code (See list on page 2) Major: T  Minor: 20 |
|---|---|---|---|

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) Cooper Sevillano, LLC, 1087 Broad Street, Bridgeport, CT 06604 | Juris number (to be entered by attorney only) 433348 |
|---|---|

| Telephone number (with area code) ( 203 ) 366-0660 | Signature of Plaintiff (If self-represented) |
|---|---|

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes  ☐ No | Email address for delivery of papers under Section 10-13 (if agreed to) cdionne@coopersevillano.onmicrosoft.com |
|---|---|

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Jefferies, Syreye PPA Melissa Santos-Jefferies  Address: 103 Davis Street, New Haven, CT 06515 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: BCI Burke Company, LLC, 660 Van Dyne Rd, Fond du Lac, Wisconsin 54937  Address: | D-01 |
| Additional Defendant | Name: Design Built, LLC; Agent for Service; Incorp Services, Inc.,  Address: 6 Landmark Sq., 4th Floor, Stamford, CT 06901 | D-02 |
| Additional Defendant | Name:  Address: C.G.S 34-233(c) / 34-225 | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) *Jeffrey M. Cooper* | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left Jeffrey M. Cooper | Date signed 04/10/2017 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

A True Copy
Attest
Gerald J. Broderick
Connecticut State Marshal
Fairfield County

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:

   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters).
   (b) Summary process actions.
   (c) Applications for change of name.
   (d) Probate appeals.
   (e) Administrative appeals.
   (f) Proceedings pertaining to arbitration.
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought.

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description | Major Description | Codes Major/Minor | Minor Description |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 10 | Construction - State and Local | | T 03 | Defective Premises - Private - Other |
| | C 20 | Insurance Policy | | T 11 | Defective Premises - Public - Snow or Ice |
| | C 30 | Specific Performance | | T 12 | Defective Premises - Public - Other |
| | C 40 | Collections | | T 20 | Products Liability - Other than Vehicular |
| | C 90 | All other | | T 28 | Malpractice - Medical |
| Eminent Domain | E 00 | State Highway Condemnation | | T 29 | Malpractice - Legal |
| | E 10 | Redevelopment Condemnation | | T 30 | Malpractice - All other |
| | E 20 | Other State or Municipal Agencies | | T 40 | Assault and Battery |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 50 | Defamation |
| | E 90 | All other | | T 61 | Animals - Dog |
| | | | | T 69 | Animals - Other |
| Miscellaneous | M 00 | Injunction | | T 70 | False Arrest |
| | M 10 | Receivership | | T 71 | Fire Damage |
| | M 20 | Mandamus | | T 90 | All other |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 40 | Arbitration | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 50 | Declaratory Judgment | | V 05 | Motor Vehicles* - Property Damage only |
| | M 63 | Bar Discipline | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 09 | Motor Vehicle* - All other |
| | | | | V 10 | Boats |
| | M 68 | Bar Discipline - Inactive Status | | V 20 | Airplanes |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | V 30 | Railroads |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | V 40 | Snowmobiles |
| | | | | V 90 | All other |
| | M 83 | Small Claims Transfer to Regular Docket | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 84 | Foreign Protective Order | | | |
| | M 90 | All other | | | |
| Property | P 00 | Foreclosure | | | |
| | P 10 | Partition | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien | | W 90 | All other |
| | P 30 | Asset Forfeiture | | | |
| | P 90 | All other | | | |

JD-CV-1 Rev. 10-15 (Back/Page 2)

| | |
|---|---|
| RETURN DATE: MAY 16, 2017 | : SUPERIOR COURT |
| SYR'EYE JEFFERIES PPA<br>MELISSA SANTOS-JEFFERIES | : JUDICIAL DISTRICT OF NEW HAVEN |
| V. | : AT NEW HAVEN |
| BCI BURKE COMPANY, LLC;<br>DESIGN BUILT, LLC | : APRIL 10, 2017 |

## COMPLAINT

**I. First Count:**
*Syr'eye Jefferies PPA Melissa Santos-Jefferies v. BCI Burke Company, LLC –
CGS §52-572m, et seq.*

1. At all times mentioned herein, the Plaintiff, Syr'eye Jefferies ("Plaintiff") PPA Melissa Santos-Jeffries ("minor Plaintiff"), was and is a resident of the City of New Haven, State of Connecticut.

2. At all times mentioned herein, the Defendant, BCI Burke Company, LLC ("BCI Burke"), was and is a foreign corporation organized and existing under the laws of the State of Wisconsin and was licensed to transact / conduct business in the State of Connecticut, including the design, construction, manufacture, distribution and sale of commercial outdoor playground equipment for parks and recreation that it placed into the United States stream of commerce.

3. At all times mentioned herein, BCI Burke was involved in the manufacture, construction, design, formula, preparation, assembly, installation, testing, warnings, instructions, marketing, packaging, labeling and sale of the Cruiser, which it marketed as follows:

> With enough room for two wheelchairs and two full benches, the Cruiser allows up to 12 children of all abilities to play together. Handles at both ends allow adults or other children to assist with motion and enjoy the experience.

4. At all times mentioned herein, BCI Burke qualified as a product seller under Connecticut law.

5. At all times mentioned herein, BCI Burke expressly warranted that the Cruiser was safe for its intended uses, including the use to which it was put by the minor Plaintiff on April 11, 2014 in Hamden, Connecticut.

6. At all times mentioned herein, BCI Burke also impliedly warranted that the Cruiser was of merchantable quality.

7. At all times mentioned herein, the Defendant, Design Built, LLC ("Design Built"), aka and/or dba Childscapes, was and is a foreign corporation organized and existing under the laws of the state of Massachusetts and was licensed to transact / conduct business in the state of Connecticut, including the installation and construction of commercial playground equipment for parks and recreation.

8. At all times mentioned herein, Design Built performed the design, construction and installation of the playground equipment at Josh's Jungle Playground in Hamden, Connecticut, including the Cruiser.

9. On or about April 11, 2014, while the minor Plaintiff was playing on the Cruiser at Josh's Jungle in Hamden, he was injured as a result of a defect in the Cruiser that exposed the mechanism upon which it moves or rocks thereby creating a high risk of pinch or crush type injuries.

10. As a result thereof, the minor Plaintiff suffered injuries of a serious, painful and permanent nature in that he sustained:

   (a) a closed displaced comminuted fracture of the left femur requiring surgery;

   (b) a risk of problematic growth arrest;

    (c)    need for additional surgery(ies);

    (d)    mental anguish; and

    (e)    anxiety and apprehension about his mental and physical conditions.

    (a)-(e) Some or all of which injuries and damages have affected the Plaintiff's ability to engage in, and enjoy, his activities of daily living and have prevented him from resuming his pre-incident lifestyle.

11.    As a result thereof, the minor Plaintiff, acting through the Plaintiff, has incurred expenses for his medical care and treatment and will likely continue to do so in the future.

12.    At all times mentioned herein, BCI Burke violated Connecticut's Product Liability Act, *CGS §52-572m, et seq.*, and is liable to the minor Plaintiff, in one or more of the following ways:

    (a)    it improperly designed the Cruiser in an unreasonably dangerous condition to the consumer by allowing the mechanism upon which it moves or rocks to be exposed and easily accessible by children thereby creating a high risk of pinch or crush injuries;

    (b)    it improperly designed the Cruiser in an unreasonably dangerous condition by failing to include a cover for the exposed mechanism;

    (c)    it improperly manufactured the Cruiser in the above-referenced unreasonably dangerous condition;

    (d)    it improperly sold the Cruiser in an unreasonably dangerous condition without proper or adequate warnings, labels and instructions, including a warning, label or instruction warning about the exposed mechanism;

    (e)    it failed to properly test the Cruiser which would have revealed the unreasonably dangerous condition of the exposed mechanism;

    (f)    it violated the express warranties that the Cruiser was designed and tested to meet / exceed the world's most rigorous safety standards;

    (g)    it violated the implied warranty of merchantability.

13.    At all times mentioned herein, each one of BCI Burke's above-referenced violations in Connecticut's Product Liability Act was a substantial contributing factor in causing the minor Plaintiff's injuries and resulting damages as described in paragraph seven herein.

## II. Second Count:
*Syr'eye Jefferies PPA Melissa Santos-Jefferies v. Design Built, LLC – negligence*

1.-11.    Paragraphs one through eleven of the First Count are hereby incorporated by reference and made paragraphs one through eight of this the Second Count.

12.    At all times mentioned herein, Design Built was negligent and careless, and liable to the minor Plaintiff, in one or more of the following ways:

    (a)    it selected the Cruiser for inclusion in the layout of Josh's Jungle when it knew or should have known it was dangerous and defective;

    (b)    it failed to properly test the Cruiser at the time of installation when said proper testing would have revealed the dangerous condition of the exposed mechanism;

    (c)    it failed to properly cover the exposed mechanism of the Cruiser at the time of installation;

    (d)    it failed to properly warn the public of the exposed mechanism of the Cruiser or take other reasonable remedial action after discovering it;

    (e)    it improperly installed the Cruiser in a manner inconsistent with the manufacturer's instructions which would have ameliorated the exposed mechanism.

13.    At all times mentioned herein, each one of Design Built's above-referenced violations of negligence was a substantial contributing factor in causing the minor Plaintiff's injuries and resulting damages as described in paragraph seven herein.

THE PLAINTIFF

By: ___Jeffrey M Cooper___
    Jeffrey M. Cooper

    Cooper Sevillano
    1087 Broad Street
    Bridgeport, CT 06604
    (203) 366-0660 – Telephone
    (203) 366-0688 – Facsimile
    Juris No.: 433348

His Attorneys

| | | |
|---|---|---|
| RETURN DATE: MAY 16, 2017 | : | SUPERIOR COURT |
| SYR'EYE JEFFERIES PPA<br>MELISSA SANTOS-JEFFERIES | : | JUDICIAL DISTRICT OF NEW HAVEN |
| V. | : | AT NEW HAVEN |
| BCI BURKE COMPANY, LLC;<br>DESIGN BUILT, LLC | : | APRIL 10, 2017 |

**AMOUNT IN DEMAND**

The Plaintiff hereby claims damages that are greater than FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of interests and costs.

THE PLAINTIFF

By: *Jeffrey M. Cooper*
Jeffrey M. Cooper

Cooper Sevillano
1087 Broad Street
Bridgeport, CT  06604
(203) 366-0660 – Telephone
(203) 366-0688 – Facsimile
Juris No.: 433348

His Attorneys

A True Copy
Attest _____
Gerald J. Broderick
Connecticut State Marshal
Fairfield County

6

| | | |
|---|---|---|
| RETURN DATE: MAY 16, 2017 | : | SUPERIOR COURT |
| SYR'EYE JEFFERIES PPA<br>MELISSA SANTOS-JEFFERIES | : | JUDICIAL DISTRICT OF NEW HAVEN |
| V. | : | AT NEW HAVEN |
| BCI BURKE COMPANY, LLC;<br>DESIGN BUILT, LLC | : | APRIL 10, 2017 |

## PRAYER FOR RELIEF

The Plaintiff hereby claims compensatory damages and such other relief that may become appropriate either in law or at equity.

THE PLAINTIFF

By: *[signature]*
Jeffrey M. Cooper

Cooper Sevillano
1087 Broad Street
Bridgeport, CT 06604
(203) 366-0660 – Telephone
(203) 366-0688 – Facsimile
Juris No.: 433348

His Attorneys

Attest *[signature]*
A True Copy
Gerald J. Broderick
Connecticut State Marshal
Fairfield County

7