# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:17-cv-00878-MPS

Jefferies v. BCI Burke Company, LLC et al
Assigned to: Judge Michael P. Shea
Cause: 28:1332 Diversity-Product Liability

Date Filed: 05/26/2017
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Syr'eye Jefferies**
*ppa Melissa Santos-Jefferies*

represented by **Jeffrey M. Cooper**
Cooper Sevillano, LLC
1087 Broad Street
Bridgeport, CT 06604
203-366-0660
Fax: 203-366-0688
Email: jcooper@coopersevillano.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BCI Burke Company, LLC**

represented by **Brian Collins Spring**
Manion Gaynor & Manning, LLP-MA
125 High Street, Oliver Street Tower, 6th Floor
Boston, MA 02110
617-670-8800
Fax: 617-670-8801
Email: bspring@mgmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin W. Hadfield**
Manning Gross & Massenburg LLP
One Citizens Plaza
Suite 620
Providence, RI 02903
401-443-2100
Email: khadfield@mgmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Design Built, LLC**

represented by **Joseph R. Ciollo**

Morrison Mahoney LLP- Hartford
One Constitution Plaza 10th Floor
Hartford, CT 06103
860-616-7648
Fax: 860-541-4879
Email: jciollo@morrisonmahoney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/26/2017 | 1 | NOTICE OF REMOVAL by BCI Burke Company, LLC from New Haven Superior Court, case number NNH-CV-17-6070297-S. Filing fee $ 400 receipt number 0205-4417373, filed by BCI Burke Company, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Hadfield, Kevin) (Entered: 05/26/2017) |
| 05/26/2017 | 2 | NOTICE by BCI Burke Company, LLC re 1 Notice of Removal, *Notice of Pending Motions* (Hadfield, Kevin) (Entered: 05/26/2017) |
| 05/26/2017 | 3 | NOTICE of Appearance by Kevin W. Hadfield on behalf of BCI Burke Company, LLC (Hadfield, Kevin) (Entered: 05/26/2017) |
| 05/26/2017 | 4 | Corporate Disclosure Statement by BCI Burke Company, LLC. (Hadfield, Kevin) (Entered: 05/26/2017) |
| 05/26/2017 | 5 | NOTICE by BCI Burke Company, LLC re 1 Notice of Removal, *Statement Pursuant to Standing Orders* (Hadfield, Kevin) (Entered: 05/26/2017) |
| 05/26/2017 | 6 | NOTICE of Appearance by Brian Collins Spring on behalf of BCI Burke Company, LLC (Spring, Brian) (Entered: 05/26/2017) |
| 05/26/2017 | 7 | MOTION for Extension of Time of 30 days to file a responsive pleading by Design Built, LLC. (Caffrey, A.) (Entered: 05/26/2017) |
| 05/26/2017 |  | Judge Michael P. Shea added. (Walker, A) (Entered: 05/26/2017) |
| 05/26/2017 | 8 | Order on Pretrial Deadlines: Motions to Dismiss due on 8/26/2017. Amended Pleadings due by 7/25/2017. Discovery due by 11/25/2017. Dispositive Motions due by 12/25/2017. Signed by Clerk on 5/26/2017.(Bozek, M.) (Entered: 05/30/2017) |
| 05/26/2017 | 9 | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER.<br>Signed by Judge Michael P. Shea on 5/26/2017.(Bozek, M.) (Entered: 05/30/2017) |
| 05/26/2017 | 10 | STANDING PROTECTIVE ORDER.<br>Signed by Judge Michael P. Shea on 5/26/2017.(Bozek, M.) (Entered: 05/30/2017) |
| 05/30/2017 | 11 | NOTICE TO COUNSEL/PRO SE PARTIES : Counsel or pro se parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 5 Notice (Other) filed by BCI Burke Company, LLC, 1 Notice of Removal, filed by BCI Burke Company, LLC, 10 Standing Protective Order, 4 Corporate Disclosure Statement filed by BCI Burke Company, LLC, 3 Notice of Appearance filed by BCI Burke Company, LLC, 6 Notice of Appearance filed by BCI Burke Company, LLC, 8 Order on Pretrial Deadlines, 9 Electronic Filing Order, 7 MOTION for Extension of Time until of 30 days to file a responsive pleading filed by Design Built, LLC, and 2 Notice (Other) filed by BCI Burke Company, LLC.<br>Signed by Clerk on 5/30/2017. (Attachments: # 1 Notice of Removal Standing Order) (Bozek, M.) (Entered: 05/30/2017) |

| | | |
|---|---|---|
| 06/01/2017 | 12 | ORDER TO SHOW CAUSE: Defendants seek to remove this action on the basis of the Court's diversity of citizenship jurisdiction under 28 U.S.C. § 1332. The Court, however, is unable to discern facts that diversity of citizenship exists based on the defendants' 1 notice of removal. Therefore, the defendants shall file a statement on the docket on or before June 15, 2017 that sets forth the citizenship of each member of any party that is a limited liability company. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51-52 (2d Cir. 2000).<br><br>Signed by Judge Michael P. Shea on 6/1/2017. (Howard, H.) (Entered: 06/01/2017) |
| 06/01/2017 | | Set Deadlines/Hearings: Show Cause Response due by 6/15/2017 (Johnson, D.) (Entered: 06/02/2017) |
| 06/02/2017 | 13 | RESPONSE re 12 Order,, *Response to Order to Show Cause* by BCI Burke Company, LLC. (Attachments: # 1 Exhibit A)(Hadfield, Kevin) (Entered: 06/02/2017) |
| 06/05/2017 | 14 | ORDER. The 7 motion for extension of time is hereby **GRANTED**. Defendant Design Built, LLC shall file a responsive pleading to Plaintiff's complaint on or before **July 17, 2017**.<br><br>Signed by Judge Michael P. Shea on 6/5/2017. (Howard, H.) (Entered: 06/05/2017) |
| 06/05/2017 | 15 | Corporate Disclosure Statement by Design Built, LLC. (Ciollo, Joseph) (Entered: 06/05/2017) |
| 06/05/2017 | | Answer deadline updated for Design Built, LLC to 7/17/2017. (Johnson, D.) (Entered: 06/06/2017) |
| 06/13/2017 | 16 | ANSWER to Complaint (Notice of Removal) by BCI Burke Company, LLC.(Hadfield, Kevin) (Entered: 06/13/2017) |
| 07/13/2017 | 17 | 26(f) NOTICE: The Court has reviewed the file in this case to monitor the parties' compliance with Local Rule 26(f). Local Rule 26(f) provides that, within 30 days after the appearance of any defendant, the attorneys of record and any unrepresented parties must confer for purposes described in Fed. R. Civ. P. 26(f). Local Rule 26(f) further provides that, within 14 days after the conference, the participants must jointly file a report of the conference using Form 26(f). It appears that more than forty-four days have passed since the appearance of a defendant in this case but no report has been filed. Accordingly, it is hereby ordered that the parties file on or before **July 27, 2017** (1) a written statement signed by all counsel of record demonstrating that this case is exempt from the requirement of filing a Form 26(f) report; or (2) a Form 26(f) report along with a written statement signed by all counsel of record explaining why sanctions should not be imposed for the parties' failure to comply with Local Rule 26(f). Failure to comply with this order will result in dismissal of the complaint.<br><br>Signed by Judge Michael P. Shea on 7/13/2017. (Howard, H.) (Entered: 07/13/2017) |
| 07/13/2017 | | Set Deadlines: Rule 26 Meeting Report due by 7/27/2017 (Johnson, D.) (Entered: 07/13/2017) |
| 07/13/2017 | 18 | MOTION to Dismiss by Design Built, LLC.Responses due by 8/3/2017 (Ciollo, Joseph) (Entered: 07/13/2017) |
| 07/14/2017 | 19 | ORDER. Defendant Design Built, LLC ("Design Built") has filed a 18 motion to dismiss Plaintiffs complaint in part for failure to state a claim. On or before **August 4, 2017**, Plaintiff shall either file a response to the motion or file an amended complaint in which Plaintiff pleads as many facts as possible, consistent with Rule 11, to address the alleged |

| | | |
|---|---|---|
| | | defects discussed in Design Built's memorandum of law. The Court will not allow further amendments after **August 4, 2017**. If Plaintiff chooses to amend and if Design Built renews its motion to dismiss, Design Built may incorporate by reference any prior briefing.<br><br>Signed by Judge Michael P. Shea on 7/14/2017. (Howard, H.) (Entered: 07/14/2017) |
| 07/14/2017 | | Set Deadlines/Hearings: as to 18 MOTION to Dismiss .Responses due by 8/4/2017, or Amended Complaint due by 8/4/2017 (Johnson, D.) (Entered: 07/18/2017) |
| 07/20/2017 | 20 | REPORT of Rule 26(f) Planning Meeting. (Cooper, Jeffrey) (Entered: 07/20/2017) |
| 07/20/2017 | 21 | RESPONSE re 17 Order,,,, *Statement of Explanation RE: Rule 26(f) Report* filed by Syr'eye Jefferies. (Cooper, Jeffrey) (Entered: 07/20/2017) |
| 07/20/2017 | 22 | EXHIBIT by Syr'eye Jefferies re 21 Response. (Cooper, Jeffrey) (Entered: 07/20/2017) |
| 07/21/2017 | 23 | SCHEDULING ORDER: Having reviewed the parties' 20 26(f) report, the Court orders the deadlines set forth in the attached.<br><br>Signed by Judge Michael P. Shea on 7/21/2017. (Howard, H.) (Entered: 07/21/2017) |
| 07/21/2017 | 24 | ORDER. In response to the Court's 12 order to show cause, Defendant BCI Burke Company, LLC ("BCI") filed a response indicating that "[u]pon information and belief, the sole member of Design Built LLC...is an individual named Timothy Pesko, and is not a limited partnership or limited liability corporation." (ECF No. 13 at 2)(internal quotation marks omitted). Design Built, LLC filed no response. On or before **July 28, 2017**, Design Built, LLC shall file a statement on the docket identifying and setting forth the citizenship of all of its members.<br><br>Signed by Judge Michael P. Shea on 7/21/2017. (Howard, H.) (Entered: 07/21/2017) |
| 07/21/2017 | 25 | RESPONSE *to Electronic Court Order Dated July 21, 2017 (Docket No. 24)* filed by Design Built, LLC. (Ciollo, Joseph) (Entered: 07/21/2017) |
| 07/21/2017 | | Set Deadlines/Hearings: Discovery due by 9/30/2018; Dispositive Motions due by 10/31/2018 Joint Status Report due by 2/9/2018; Joint Trial Brief due by 11/30/2018; Telephonic Status Conference set for 2/16/2018 11:30 AM before Judge Michael P. Shea (Johnson, D.) (Entered: 07/25/2017) |
| 08/03/2017 | 26 | AMENDED COMPLAINT against All Plaintiffs, filed by Syr'eye Jefferies.(Cooper, Jeffrey) (Entered: 08/03/2017) |
| 08/04/2017 | 27 | ORDER. In accordance with the Court's 19 order, Plaintiff has filed an 26 amended complaint. Therefore, the 18 motion to dismiss is hereby DENIED as moot because it does not refer to the operative complaint.<br><br>Signed by Judge Michael P. Shea on 8/4/2017. (Howard, H.) (Entered: 08/04/2017) |
| 08/23/2017 | 28 | MOTION to Dismiss *and Memorandum of Law in Support thereof* by Design Built, LLC.Responses due by 9/13/2017 (Attachments: # 1 Exhibit A)(Ciollo, Joseph) (Entered: 08/23/2017) |
| 09/12/2017 | 29 | AFFIDAVIT of Service for Complaint served on BCI Burke Company LLC and Design Built LLC on May 1, 2017 and May 2, 2017, filed by Syr'eye Jefferies. (Attachments: # 1 Exhibit)(Cooper, Jeffrey) (Entered: 09/12/2017) |
| 09/13/2017 | 30 | Memorandum in Opposition re 28 MOTION to Dismiss *and Memorandum of Law in Support thereof* filed by Syr'eye Jefferies. (Attachments: # 1 Affidavit Affidavit of Service |

| | | |
|---|---|---|
| | | Receipt, # 2 Exhibit Marshall's Return)(Cooper, Jeffrey) (Entered: 09/13/2017) |
| 11/22/2017 | 31 | MOTION to Compel *Plaintiff's Response to Interrogatories and Requests for Production* by BCI Burke Company, LLC.Responses due by 12/13/2017 (Hadfield, Kevin) (Entered: 11/22/2017) |
| 11/27/2017 | 32 | ORDER. The 31 "Motion to Compel Plaintiff's Response to Interrogatories and Requests for Production" is DENIED without prejudice. Before filing any motion relating to discovery, the parties are required to follow the undersigned's Instructions for Discovery Disputes, which are available on the Court's website and are attached to this order. The parties may jointly contact the undersigned's Chambers at (860) 240-3136 after (1) having worked to resolve in good faith any discovery dispute, and (2) following the remaining instructions on this Court's website concerning Discovery Disputes.<br><br>Signed by Judge Michael P. Shea on 11/27/2017. (Self, A.) (Entered: 11/27/2017) |
| 01/24/2018 | 33 | ORDER. For the reasons set forth in the attached, the 28 motion to dismiss is hereby DENIED.<br><br>Signed by Judge Michael P. Shea on 1/24/2018. (Self, A.) (Entered: 01/24/2018) |
| 02/06/2018 | 34 | AMENDED ANSWER to *Amended Complaint* with Affirmative Defenses with Jury Demand by Design Built, LLC. (Ciollo, Joseph) (Entered: 02/06/2018) |
| 02/09/2018 | 35 | Joint STATUS REPORT *Of Counsel* by BCI Burke Company, LLC. (Hadfield, Kevin) (Entered: 02/09/2018) |
| 02/12/2018 | 36 | ORDER. In light of the parties' 35 joint status report, the telephonic status conference scheduled for February 16, 2018 at 11:30 A.M. is hereby CANCELLED.<br><br>Signed by Judge Michael P. Shea on 2/12/2018. (Self, A.) (Entered: 02/12/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/31/2018 09:04:52 | | | |
| **PACER Login:** | MGMPACER1 | **Client Code:** | 0101985-0001 |
| **Description:** | Docket Report | **Search Criteria:** | 3:17-cv-00878-MPS |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |