## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SYR'EYE JEFFERIES ppa ) <br> MELISSA SANTOS-JEFFERIES ) <br>         Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> BCI BURKE COMPANY, LLC, ) <br> ) <br>     and ) <br> ) <br> DESIGN BUILT, LLC ) <br>     Defendants. ) | C.A. No. : 3:17-CV-878-SRU |

### ANSWER AND AFFIRMATIVE DEFENSES OF
### DEFENDANT BCI BURKE COMPANY, LLC

Defendant BCI Burke Company, LLC (hereinafter, "Burke"), hereby responds to the plaintiff's Complaint, and presents Affirmative Defenses, as follows:

I.     **First Count** **(Syr'eye Jefferies PPA Melissa Santos-Jefferies v. BCI Burke Company, LLC – CGS § 52-572m, et seq.)**

1.     Burke lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 1.

2.     Admitted that Burke is a foreign corporation organized and existing under the laws of Wisconsin, and that it is in the business of designing, constructing, and manufacturing outdoor playground systems and structures. The remaining allegations in paragraph 2 are denied.

3.     Admitted that Burke designed, tested, manufactured, sold, and provided warnings, labels, packaging and instructions for a playground system called the Cruiser, and that the

1

Cruiser was marketed using language similar to that contained in paragraph 3.  The remaining allegations in paragraph 3 are denied.

  4.  Denied.

  5.  Denied.

  6.  Denied.

  7.  Burke lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 7.

  8.  Burke lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 8.

  9.  Burke lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 9.

  10.  Burke lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 10.

  11.  Burke lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 11.

  12.  Denied.

  13.  Denied.

**II. <u>Second Count</u> (Syr'eye Jefferies PPA Melissa Santos-Jefferies v. Design Built, LLC – negligence)**

  1-13.  The Second Count is not directed to Burke, who therefore does not respond.  To the extent any allegations in paragraph 1 through 13 of the Second Count may be construed as implicating Burke, they are denied.

## <u>AFFIRMATIVE DEFENSES</u>

1.      The plaintiff has failed to state a claim upon which relief can be granted.

2.      This court lacks personal jurisdiction over BCI Burke Company, LLC.

3.      The plaintiff has failed to join a necessary party under Rule 19.

4.      The plaintiff's claims are barred by the statute of limitations.

5.      The plaintiff's injuries, if any, have been caused in whole or in part by his/her

own negligence.

6.      The plaintiff's claims are barred by the doctrine of assumption of the risk.

7.      The plaintiff's injuries, if any, were caused by a misuse of the product.

8.      The plaintiff's injuries, if any, were caused by an alteration of the product.


Dated this June 13, 2017


Respectfully submitted,
Defendant BCI Burke Company, LLC's
By its Attorneys:

/s/ Kevin W. Hadfield
Kevin W. Hadfield (Federal Bar No. CT28103)
MANION GAYNOR & MANNING LLP
125 High Street, Oliver Street Tower, 6th Floor
Boston, MA  02110
Telephone No.:  (617) 670-8800
Facsimile No.: (617) 670-8801
Email: khadfield@mgmlaw.com

And

One Citizens Plaza, Suite 620
Providence, RI 02903
Telephone No.: (401) 443-2100
Facsimile No.: (401) 443-2140

## CERTIFICATE OF SERVICE

I, Kevin W. Hadfield, attorney for Defendant, BCI Burke Company, LLC, hereby certify that a true and accurate copy of the above document was filed electronically on the Court's CM/ECF system on June 13, 2017.  Notice of this filing will be sent to all counsel of record via the Court's CM/ECF system and First Class Mail.

Joseph R. Ciollo, Esq.
jciollo@morrisonmahoney.com
Morrison Mahoney, LLP
One Constitution Plaza
Hartford, CT 06103
P: (860) 616-4441
F: (860) 541-4879
*Counsel for Defendant, Design Built, LLC*

Jeffrey M. Cooper, Esq.
cdionne@coopersevillano.onmicrosoft.com
Cooper Sevillano, LLC
1087 Broad Street
Bridgeport, CT 06604
T: (203) 366-0660
F: (203) 366-0688
*Counsel of Plaintiff*

/s/ Kevin W. Hadfield
Kevin W. Hadfield, Esq.